FILED
06 SEP -8 PM 12:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_ DEPUTY

FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  AK          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO MANRIQUEZ-ARECHIGA,<br><br>Defendant. | CASE NO. 06CR1662-DMS<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_\_   the Court has granted the motion of the Government for dismissal; or

\_\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of:  8 USC 1326

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: August 31, 2006

_____
DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
~~Judgment and Commitment~~ on 9/7/06
United States Marshal
By: _____
USMS Criminal Section

ENTERED ON  9-5-06